Augustus Linden v. Arthur Lipper and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Ralph Furcolo.— Time to file and serve papers extended until November 18, 1913. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Louis A. Cuvillier. (3 cases.) — Orders affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Richard Krause.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Moses A. Sachs.— Referred to official referee. Order to to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Harry Levor.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Charles L. Hubbell.— Proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bankers Trust Company v. R. E. Dietz Company and Others.— Motion granted on conditions stated in opinion. Opinion per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Clifford W. Hartridge.— Charges amended and referred back to official referee to take further testimony. Opinion per curiam. Order to be settled on notice.

Emma Utz, Appellant, v. Charles J. Gerlich, Jr., Defendant. Peter Klein, Attorney, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted upon condition stated in opinion. Opinion per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. Rees and Winslow E. Buzby, Appellants, v. United States Oxygen Company, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and the collection of the judgment enjoined as stated in opinion. Opinion per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward D. Taussig v. Carnegie Trust Company and Others.— Motion denied. See memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph W. Cleary v. Conrad V. Dykeman, Impleaded, etc.— Motion to dismiss appeal denied. Memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.